IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TABRIA MONTGOMERY, : | |
| Individually and as Administratrix : | |
| of the ESTATE OF MICHAEL : | CIVIL ACTION |
| MONTGOMERY, deceased, : | No. 24-367 |
| *Plaintiff*, : | |
| v. : | |
| : | |
| BOBST MEX SA, et al. : | |
| *Defendant*. : | |

## ORDER

AND NOW, this 26th day of August, 2024, upon consideration of Defendant Bobst MEX SA's Motion to Dismiss Plaintiff's Claims Pursuant to Rule 12(b)(2) (ECF 16), Plaintiff's Response (ECF 21), and Defendant's reply (ECF 24), it is **ORDERED** that:

1. Defendant's Motion is **DENIED WITHOUT PREJUDICE** so that Plaintiff may engage in jurisdictional discovery limited to the issue of whether the Court has jurisdiction over Defendant Bobst MEX SA;

2. Plaintiff may issue up to twenty interrogatories, ten document requests, and three subpoenas and may depose up to two witnesses for no longer than three hours each over a virtual platform solely to address the issue of the Court's jurisdiction over Bobst MEX SA. All jurisdictional discovery shall be completed on or before **October 1, 2024**; and

3. If Bobst MEX SA seeks to renew its Motion after jurisdictional discovery has closed, it shall do so on or before **October 8, 2024**. Plaintiff may file a response by **October 15, 2024**.

BY THE COURT:

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*