IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABRIA MONTGOMERY, | : | |
| Individually and as Administratrix | : | |
| of the ESTATE OF MICHAEL | : | CIVIL ACTION |
| MONTGOMERY, deceased, | : | No. 24-367 |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| BOBST MEX SA, et al. | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 26th day of August, 2024, upon consideration of Defendant Graphic Packaging International, LLC's Motion to Dismiss Plaintiff's Claims Pursuant to Rule 12(b)(6) (ECF 11), Plaintiff's Response (ECF 19), and Graphic Packaging International, LLC's Reply (ECF 22), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*