IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TABRIA MONTGOMERY, | : | |
| Individually and as Administratrix | : | |
| of the ESTATE OF MICHAEL | : | CIVIL ACTION |
| MONTGOMERY, deceased, | : | No. 24-367 |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| BOBST MEX SA, et al. | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 26th day of <u>August</u>, 2024, upon consideration of Defendant Graphic Packaging International, LLC's Motion to Dismiss Defendant Bobst North America, Inc.'s Amended Cross-Claims (ECF 30), Bobst North America, Inc.'s Response (ECF 33), and Graphic Packaging International, LLC's Reply (ECF 34), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

            BY THE COURT:

            _____
            **HON. JOSÉ RAÚL ARTEAGA**
            *United States Magistrate Judge*
            *Eastern District of Pennsylvania*