IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | **CIVIL ACTION** |
| **of the ESTATE OF MICHAEL** | : | **No. 24-367** |
| **MONTGOMERY, deceased,** | : | |
| *Plaintiff*, | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA, et al.** | : | |
| *Defendants*. | : | |

# ORDER

AND NOW, this 13th day of December 2024, upon consideration of Defendant Bobst Mex SA's Renewed Motion to Dismiss for Lack of Jurisdiction (ECF 47) and Plaintiff's Response (ECF 48), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Defendant Bobst Mex SA's Motion is **GRANTED** and

1. Plaintiff's claims against Bobst Mex SA in Counts I, II, IV, and V of her Complaint (ECF 1-1) are **DISMISSED**;

2. Because Graphic Packaging International, LLC's Cross-Claims for Contribution and Indemnification against Bobst Mex SA (ECF 44) do not set forth any additional allegations or arguments as to why Bobst Mex SA is subject to personal jurisdiction in Pennsylvania, they are **DISMISSED**; and

3. No further claims remain in this action against Bobst Mex SA.

BY THE COURT:

---
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*