IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | |
| **of the ESTATE OF MICHAEL** | : | **CIVIL ACTION** |
| **MONTGOMERY, deceased,** | : | **No. 24-367** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA,** *et al.,* | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **22nd** day of **April 2026**, upon consideration of Defendant Bobst Group North America, Inc.'s ("Bobst NA's") Motion to Exclude Opinions of Plaintiff Tabria Montgomery's Expert, Brian O'Donel, P.E. (ECF 63), Plaintiff's Response (ECF 70), and Bobst NA's Reply (ECF 84), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that Bobst NA's Motion is **GRANTED** in part and **DENIED** in part as follows:

1.   Plaintiff is precluded from offering Mr. O'Donel's testimony and opinions at trial with respect to an alleged malfunction of the Bobst Mastercut 145 PER 2.0 Die-Cutter machine bearing Serial No. BSA05662000208/1951 ("Mastercut").

2.   Plaintiff may offer Mr. O'Donel's testimony and opinions at trial with respect to Mastercut's guard design and whether additional light curtains should have been in place.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*