## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | |
| **of the ESTATE OF MICHAEL** | : | **CIVIL ACTION** |
| **MONTGOMERY, deceased,** | : | **No. 24-367** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA,** *et al.,* | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **22nd** day of **April 2026**, upon consideration of Defendant Graphic Packaging International, LLC's ("GPI's") Motion for Summary Judgment (ECF 58), which Plaintiff Tabria Montgomery, Individually and as Administratrix of the Estate of Michael Montgomery, deceased ("Plaintiff"), did not oppose, and Defendant Bobst Group North America, Inc.'s ("Bobst NA's") Opposition (ECF 74) and Counterstatement of Facts (ECF 75), and GPI's Reply (ECF 78), and consistent with the accompanying Memorandum of Law, it is

**ORDERED** that GPI's Motion is **GRANTED** and:

1.  The claims of Plaintiff against Defendant GPI (Counts III (Negligence), IV (Wrongful Death), and V (Survival) of Plaintiff's Complaint) are **DISMISSED** with prejudice.

2.  The crossclaims of Cross-Claimant Bobst NA, Inc. against Cross-Defendant GPI are **DISMISSED** with prejudice.

All other claims remain outstanding in this litigation at this time.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*