**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | |
| **of the ESTATE OF MICHAEL** | : | **CIVIL ACTION** |
| **MONTGOMERY, deceased,** | : | **No. 24-367** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA,** *et al.,* | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **22ⁿᵈ** day of **April** **2026**, upon consideration of Plaintiff Tabria

Montgomery's Motion to Exclude Opinions of Defendant Bobst Group North America,

Inc.'s ("Bobst NA's") Expert, John Martens, Ph.D. (ECF 61), Bobst NA's Response (ECF

77), and Plaintiff's Reply (ECF 79), and for the reasons set forth in the accompanying

Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.  Bobst NA may offer

the testimony and opinions of Dr. Martens at trial.

           **BY THE COURT:**

           _____

           **HON. JOSÉ RAÚL ARTEAGA**
           *United States Magistrate Judge*
           *Eastern District of Pennsylvania*