IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | |
| **of the ESTATE OF MICHAEL** | : | **CIVIL ACTION** |
| **MONTGOMERY, deceased,** | : | **No. 24-367** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA,** *et al.,* | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **30th** day of **April 2026**, upon consideration of Defendant Bobst Group North America, Inc.'s ("Bobst NA's") Motion to Exclude Testimony of Plaintiff Tabria Montgomery's Expert, Kristin K. Kucsma, M.A. (ECF 65), Plaintiff's Response (ECF 72), and Bobst NA's Reply (ECF 82), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that Bobst NA's Motion is **GRANTED** in part and **DENIED** in part as follows:

1.  Plaintiff is **PRECLUDED** from offering Ms. Kucsma's testimony and opinions at trial with respect to the number of hours of advice, counseling, and companionship services that Mr. Montgomery provided to his children, and to the damages figures Ms. Kucsma derived from applying those hours into her mathematical formula.

2.  Plaintiff may offer Ms. Kucsma's testimony and opinions at trial with respect to Mr. Montgomery's lost future earnings and the pecuniary value of advice, counseling, and companionship services.

BY THE COURT:

---

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*