**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TABRIA MONTGOMERY, | : | |
| Individually and as Administratrix | : | |
| of the ESTATE OF MICHAEL | : | CIVIL ACTION |
| MONTGOMERY, deceased, | : | No. 24-367 |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| BOBST MEX SA, *et al.,* | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **30th** day of **April 2026**, upon consideration of Defendant Bobst

Group North America, Inc.'s ("Bobst NA's") Motion to Exclude the Expert Testimony of

Wayne Ross, M.D., P.C. (ECF 64), Plaintiff's Response (ECF 71), and Bobst NA's Reply

(ECF 83), and for the reasons set forth in the accompanying Memorandum of Law, it is

**ORDERED** that the Motion is **DENIED**.  Plaintiff may offer the testimony and opinions

of Dr. Ross at trial.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*