## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TABRIA MONTGOMERY,** | : | |
| **Individually and as Administratrix** | : | |
| **of the ESTATE OF MICHAEL** | : | **CIVIL ACTION** |
| **MONTGOMERY, deceased,** | : | **No. 24-367** |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **BOBST MEX SA,** *et al.,* | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **1st** day of **May** **2026**, upon consideration of Plaintiff's Motion to

Exclude Opinions of Defendant Bobst North America, Inc.'s ("Bobst NA's") Expert Dr.

Alfred Bowles, M.D. (ECF 62), Defendant Bobst NA's Response (ECF 76), and for the

reasons set forth in the accompanying Memorandum of Law, it is **ORDERED** that the

Motion is **DENIED**. Bobst NA may offer the testimony and opinions of Dr. Bowles at

trial.

BY THE COURT:

_____

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*