# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TABRIA MONTGOMERY,                  :
**Individually and as Administratrix**  :
**of the ESTATE OF MICHAEL**          :          CIVIL ACTION
MONTGOMERY, deceased,               :          No. 24-367
           *Plaintiff,*          :
   v.                                :
                        :
**BOBST MEX SA,** *et al.,*             :
           *Defendant.*          :

## ORDER

**AND NOW**, this **1st** day of **July 2026**, upon consideration of Defendant Bobst Group North America, Inc.'s ("Bobst NA's"), Motion for Summary Judgment (ECF 66), the Opposition (ECF 68) and Counterstatement of Facts (ECF 69) of Plaintiff Tabria Montgomery, Individually and as Administratrix of the Estate of Michael Montgomery, deceased ("Plaintiff"), and Bobst NA's Reply (ECF 81), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Bobst NA's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.    Bobst NA's Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendant Bobst Group North America, Inc., and against Plaintiff Tabria Montgomery, Individually and as Administratrix of the Estate of Michael Montgomery, deceased, with respect to Plaintiff's strict liability claim (Count I) and her negligence claim (Count II) to the extent that those claims are based on an alleged manufacturing defect and/or an alleged failure to warn; and

2.    Bobst NA's Motion is **DENIED** in all other respects.[1]

---

[1] As explained in the accompanying Memorandum Opinion, Plaintiff offered no argument in support of the asserted failure to warn theories, so those claims are deemed withdrawn. She also presented insufficient evidence to withstand summary judgment based

Plaintiffs' remaining claims shall proceed to trial.

**BY THE COURT:**

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*

---

on a manufacturing defect theory. Therefore, Plaintiff's strict liability and negligence claims proceed only on a design defect theory.